# EXHIBIT 1

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

vs.

AAA MOVING & STORAGE, INC. individually and dba ALLIED INTERNATIONAL,

    Defendant.

Case No. 3AN-19-08929CI

## COMPLAINT

1. Plaintiff is now and at all relevant times has been an insurance company duly conducting business under the laws of the State of Alaska, and is fully qualified to maintain this action.

2. Defendant was at all relevant times a resident of the State of Alaska within the Third Judicial District.

3. On or about September 11, 2017, at or near Cordova, Alaska, the Defendant took possession of property owned by State Farm's insured, Elizabeth Clough to be delivered to their new residence in New Mexico.

4. During the transport of the insured's property, the Defendant lost part of the Plaintiff's property and it was not recovered, property damages in excess of $17,768.19 were incurred, the exact total sum to be proven at a later date.

5. Elizabeth Clough filed a claim with her insurance company, Plaintiff State Farm, in order to recover damages sustained in the accident. Plaintiff State Farm's claim number is 02-1725-J21.

6. Plaintiff made payments to cover the damages to date as set forth above; therefore entitling the Plaintiff, by contract and otherwise, to bring and maintain this present action.

WHEREFORE, Plaintiff requests a judgment against the Defendant as follows:

1. For an amount in excess of $17,768.19 for damages paid on behalf of Plaintiff's insured.

2. For costs, pre-judgment and post-judgment interest, and attorney's fees.

3. For such other relief as the Court may deem just and equitable.

DATED this 15 day of August, 2019.

Law Office of Ralph Ertz,
Attorney for Plaintiff
Alaska Bar No. 8911062

The Law Office of Ralph Ertz
800 E. Dimond Boulevard, Suite 3-394
Anchorage, Alaska 99515
(907) 272-2721
Fax (907) 272-2745

*Complaint*
*Page 2*

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

State Farm Fire and Casualty Company

_____
                    Plaintiff(s),
vs.

AAA Moving & Storage, Inc. individually
and dba Allied International
_____
                    Defendant(s).

CASE NO. 3AN- 19-09290CI

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: AAA Moving & Storage

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Law Office of Ralph Ertz, whose address is: 800 E. Dimond Blvd., Suite 3-394, Anchorage, AK 99515.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☐ This case has been assigned to Superior Court Judge _____
  and to a magistrate judge.

☒ This case has been assigned to District Court Judge McCrea

CLERK OF COURT

Date 8/19/19

By: KD
    Deputy Clerk

I certify that on 8/19/19 a copy of this Summons was ☐ mailed ☒ given to
☐ plaintiff ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk KD

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)                          Civil Rules 4, 5, 12, 42(c), 55
SUMMONS