IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE FARM FIRE AND CASUALTY COMPANY,

     Plaintiff,

vs.

AAA MOVING & STORAGE, INC., individually and d/b/a ALLIED INTERNATIONAL,

     Defendant.

No. 3:19-cv-0261-HRH

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation of Dismissal*,[1] filed October 28, 2019, pending motions, if any, are denied and this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this 30th day of October, 2019.

            /s/ H. Russel Holland
            United States District Judge

---

[1] Docket No. 11.

ORDER – Case Dismissed      - 1 -